UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA, N.A.,

    Plaintiff,

v.    Case No: 8:16-cv-1092-T-36TGW

TWIST OF FATE,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on April 12, 2017 (Doc. 41). In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's Motion for Default Judgment (Doc. 35) be granted to the extent that a default judgment of foreclosure, *in rem*, be entered against Twist of Fate, official number 739919, her parts, appliances, equipment, substitutions, etc., in the amount of $324,692.43. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 41) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Default Judgment (Doc. 35) is **GRANTED** to the extent that a default judgment of foreclosure, *in rem*, will be entered against Twist of Fate, official number 739919, her parts, appliances, equipment, substitutions, etc., in the amount of $324,692.43.

(3) The Default Judgment of Foreclosure, *in rem*, will be entered by separate Order.

**DONE AND ORDERED** at Tampa, Florida on June 5, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record