UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA, N.A.,

    Plaintiff,

v.                                    Case No: 8:16-cv-1092-T-36TGW

TWIST OF FATE,

    Defendant.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on May 16, 2018 (Doc. 45). In the Report and Recommendation, Magistrate Judge Wilson recommends that the Plaintiff's Motion for Order Authorizing Sale of Defendant Vessel by US Marshal's Service *Nunc Pro Tunc* (Doc. 44) be granted, and that the Court issue a paper Order which provides that the United States Marshal's Service is hereby authorized to sell the Defendant Vessel, TWIST OF FATE, official number 739919, her parts, appliances, equipment, substitutions, etc., *Nunc Pro Tunc*. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 45) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Order Authorizing Sale of Defendant Vessel by US Marshal's Service *Nunc Pro Tunc* (Doc. 44) is GRANTED.

(3) The United States Marshal's Service is hereby authorized to sell the Defendant Vessel, TWIST OF FATE, official number 739919, her parts, appliances, equipment, substitutions, etc., *Nunc Pro Tunc*, September 27, 2016.

**DONE AND ORDERED** at Tampa, Florida on June 5, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record